1  DONNA R. ZIEGLER [142415]
   County Counsel
2  By JILL P. SAZAMA [214215]
   Deputy County Counsel
3  OFFICE OF THE COUNTY COUNSEL, COUNTY OF ALAMEDA
   1221 Oak Street, Suite 450
4  Oakland, California 94612
   Telephone: (510) 272-6700; Fax: (510) 272-5020
5  Jill.sazama@acgov.org

6  *Attorneys for Defendant DANIEL MICKE*

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 RODERICK MAGGAY,                          Case No. 21-CV-04994 BLF (PR)

11              Plaintiff,                    **ORDER GRANTING DEFENDANT
                                              MICKE'S ADMINISTRATIVE
12    v.                                      MOTION FOR EXTENSION OF TIME
                                              TO FILE DISPOSITIVE MOTION
13 OFFICER MICKE, et al.,                     REGARDING AMENDED
                                              COMPLAINT**
14              Defendants.

15

16       Before the Court is the Administrative Motion for an Extension of Time filed by

17 defendant DANIEL MICKE ("Defendant Micke"). Having reviewed the moving papers and any

18 opposition thereto, and good cause appearing therefor, the Court hereby GRANTS that motion.

19 Defendant Micke has until September 7, 2022, in which to file a dispositive motion regarding the

20 Amended Complaint. Any opposition thereto will be due twenty-eight (28) days after the date of

21 filing of such motion, and any reply will be due within fourteen (14) days after the date of filing

22 of such opposition.

23       SO ORDERED.

24 DATED:  June 27, 2022

25                                            _____
                                              JUDGE BETH LABSON FREEMAN
26                                            UNITED STATES DISTRICT COURT

27

28

---

**ORDER GRANTING DEFENDANT MICKE'S MOTION FOR EXTENSION OF TIME**
**Case No.** 21-CV-04994 BLF (PR)