UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK MAGGAY,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICER MICKE, et al.,<br><br>    Defendants. | Case No. 21-cv-04994 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT**<br><br>(Docket No. 26) |

    Plaintiff, a federal prisoner, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against staff at the Santa Rita County Jail. Dkt. No. 1. On July 14, 2022, the Court issued an order granting leave to file a second amended complaint and staying briefing. Dkt. No. 25. Plaintiff was directed to file a second amended complaint within twenty-eight days from the date the order was filed. *Id.*

    Plaintiff has filed a motion for an extension of time to file a second amended complaint because the law library is restricted due to Covid-19. Dkt. No. 26. Good cause appearing, the motion is GRANTED. Plaintiff shall file a second amended complaint using the court's form complaint no later than **September 26, 2022**.

    The second amended complaint must include the caption and civil case number used in this order, *i.e.*, Case No. 21-cv-04994 BLF (PR), and the words "SECOND

AMENDED COMPLAINT" on the first page. Plaintiff must answer all the questions on the form in order for the action to proceed. Plaintiff is reminded that the second amended complaint supersedes the original, and Plaintiff may not make references to the original complaint. Claims not included in the second amended complaint are no longer claims and defendants not named in a second amended complaint are no longer defendants. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir.1992).

**Failure to respond in accordance with this order by filing a second amended complaint in the time provided will result in this action proceeding based on the cognizable claims in the amended complaint, as discussed in the Court's initial screening order, Dkt. No. 14.**

IT IS SO ORDERED.

Dated: __August 11, 2022_____

BETH LABSON FREEMAN
United States District Judge

Order Granting Mot. for EOT to File Second Am. Compl.
PRO-SE\BLF\CR.21\04994Maggay-eot-sac