UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK MAGGAY,<br><br>      Plaintiff,<br><br>    v.<br><br>OFFICER MICKE, et al.,<br><br>      Defendants. | Case No. 21-cv-04994 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed all claims against Defendants and granted their motion for summary judgment. Judgment is entered in favor of Defendants.

**IT IS SO ORDERED.**

Dated: __November 2, 2023___

                                                        BETH LABSON FREEMAN
                                                        United States District Judge

Judgment
PRO-SE\BLF\CR.21\04994Maggay_judgment